UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL JOE LANE,

                          Plaintiff,

        v.

DANIEL WHITE, et al.,

                          Defendants.

No. 3:18-cv-05108-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 24).

(2)    Plaintiff's Motion for Voluntary Dismissal (Dkt. 21) is granted, and Plaintiff's claims are dismissed with prejudice.

(3)    Defendants' Motion for Summary Judgment (Dkt. 19) is denied as moot.

(4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 3rd day of December, 2018.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1